THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Misti Ann Haley, Appellant.
 
 
 

Appeal From Clarendon County
 G. Thomas Cooper, Jr., Circuit Court Judge

Unpublished Opinion No.  2005-UP-383
Submitted June 1, 2005  Filed June 14, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Tara S. Taggart, Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, all of Columbia;  and Solicitor Cecil Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Appellant, Misti A. Haley, was indicted for distribution of marijuana and distribution of cocaine.  A jury acquitted her of the marijuana charge but found her guilty of distribution of cocaine.  The trial judge sentenced Haley to five years, suspended upon service of ninety days with eighteen months probation.  Haleys counsel attached to the brief a petition to be relieved as counsel, stating that she had reviewed the record and concluded this appeal lacks merit.  Haley did not file a separate pro se brief.  We dismiss pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsels petition to be relieved is granted.1
APPEAL DISMISSED.  
GOOLSBY, HUFF, and KITTREDGE, JJ., concur.

1 We decide this case without oral argument pursuant to Rule 215, SCACR.